**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1139**

In re:  BENJAMIN WRIGHT,

Petitioner.

On Petition for Writ of Mandamus.  (9:14-cv-03734-MGL)

Submitted:  June 21, 2016                    Decided:  June 23, 2016

Before DUNCAN, KEENAN, and THACKER, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Benjamin Wright, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Benjamin Wright petitions for a writ of mandamus, seeking an order from this court directing the district court to act on his 28 U.S.C. § 2241 (2012) petition. To the extent Wright alleges undue delay in the district court, we conclude that the present record does not reveal such delay because the district court is holding Wright's § 2241 petition in abeyance pending an en banc decision from our court and has notified Wright of its intention to rule on his § 2241 petition once the relevant en banc decision issues. In any event, we conclude that, on the present record, Wright fails to demonstrate a clear right to the relief sought. In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988). Accordingly, we grant leave to proceed in forma pauperis, deny Wright's motion for bail, and deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED